MARGARET LANE, as Administratrix of the Estate of
CATHERINE SCANLON, Deceased, Respondent, *v.* LION
BREWERY OF NEW YORK CITY, Appellant.

*Lane* v. *Lion Brewery of N. Y. City*, 169 App. Div. 924, affirmed.
(Submitted November 29, 1916; decided December 15, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered July 12, 1915, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for the death of plaintiff's intestate alleged to have been
occasioned through the negligence of the defendant.
The intestate was run over by one of defendant's auto-
mobile trucks while attempting to cross Thirty-sixth
street in the city of New York and died from the injuries
received.

*Grant C. Fox* for appellant.

*Cornelius J. Earley, Peter J. Brancato* and *Daniel J.
Early* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.